

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Michael Allen | Civil Action No.  21-cv-01271-NLS |
| **Plaintiff,** | |
| V. | |
| Kilolo Kijakazi Acting Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds the Commissioner's final decision is supported by substantial evidence and free of legal error. Accordingly, the Court DENIES Plaintiff's motion for summary judgment, GRANTS Defendant's cross-motion for summary judgment, AFFIRMS the decision of the Commissioner and dismisses the action with prejudice.

| | |
|---|---|
| **Date:** 3/9/23 | **CLERK OF COURT** <br> **JOHN MORRILL, Clerk of Court** <br> By:  s/ L. Sotelo |
| | L. Sotelo, Deputy |